FILED
JAMES J. VILT, JR. - CLERK
MAY 22 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 3:24-CR-63-CHB

**ROGER BAILEY**     DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Erwin Roberts, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Federal Grand Jury this May 22, 2024, charging the above-named defendants with a violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C), be kept secret until the last defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the last defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrants for the arrest of the defendants.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Erwin Roberts
Assistant U.S. Attorney