# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**VS.**                              **CRIMINAL ACTION NUMBER: 3:24CR-63-CHB**

**ROGER BAILEY**                                                            **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

On May 30, 2024, United States Magistrate Judge Colin H. Lindsay held an initial appearance on this matter via video conference. Assistant United States Attorney Erwin Roberts appeared on behalf of the United States. The defendant appeared in custody from Oldham County Detention Center. Assistant Federal Defender Chastity Beyl appeared in anticipation of appointment. The proceeding was digitally recorded.

The defendant acknowledged his identity, was furnished with a copy of the Indictment, and was advised of his rights. The Defendant advised the Court that he plans to hire private counsel to represent him in this matter. The United States did not move for detention. Accordingly, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the initial appearance is **RESCHEDULED** for **May 31, 2024, at 1:00 p.m.** in Courtroom before the Honorable Colin H. Lindsay, United States Magistrate Judge. The Defendant is released from custody and shall appear at the initial appearance on his own recognizance.

June 4, 2024

:10

                                                      Colin H Lindsay, Magistrate Judge
                                                          United States District Court