# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 3:24-CR-063-CHB |
| ) | |
| v. ) | |
| ) | **ADOPTING RECOMMENDATION** |
| ROGER BAILEY, ) | **OF ACCEPTANCE OF GUILTY PLEA** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

After conducting proceedings under Rule 11, *see* [R. 33], United States Magistrate Judge Colin H. Lindsay recommended that the undersigned accept Defendant Roger Bailey's guilty plea and adjudge him guilty of Counts 1, 2, and 3 of the Superseding Indictment. *Id.* at 1. The magistrate judge informed Defendant of each of the subjects mentioned in Rule 11 and determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. *Id.* The magistrate judge therefore recommended that the plea of guilty be accepted by the undersigned. *Id.* Magistrate Judge Lindsay imposed a fourteen-day deadline for any objection. *Id.* That deadline has passed, and neither the defendant nor the United States has objected.

The Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn,* 474 U.S. 140, 150 (1985); *see also United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981) (holding that a failure to file objections to a magistrate judge's recommendation waives the right to appellate review); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection" filed); 28 U.S.C.

§ 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

Accordingly, and the Court being otherwise advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court **ADOPTS** the Recommendation of Acceptance of Guilty Plea, [**R. 33**], **ACCEPTS** Defendant Cardenas-Rodriguez's guilty plea, and **ADJUDGES** him guilty of Counts One, Two, and Three of the Superseding Indictment to which he pleaded. The Court will issue a separate sentencing order.

This the 21st day of October 2024.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record
    United States Probation