UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

FILED
JAMES J. VILT, JR. - CLERK
FEB 05 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Action No. 3:24-CR-063-CHB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROGER BAILEY, ) | **COURT'S ADVICE OF RIGHT TO** |
| ) | **APPEAL** |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

You are now notified that you have a right to appeal your case to the Sixth Circuit Court of Appeals, which will review this case and determine whether there has been error of law. If you do not have sufficient money to pay for the appeal, you have a right to apply for leave to appeal without having to pay for it. A notice of appeal must be filed within fourteen (14) days from the date of entry of the judgment. If you are without the services of an attorney and want to appeal, the Clerk of this Court shall prepare and file a notice of appeal on your behalf if you request.

If you do not have sufficient money to employ an attorney, the Court of Appeals may appoint your present attorney or another to prosecute the appeal for you.

You may request to be released on a reasonable bond pending the appeal.

### ACKNOWLEDGMENT

The above statement has been read to me in open Court and a copy furnished to me this 5th day of February 2025.

Witness: _____          _____
          Deputy Clerk                        Defendant's Signature